IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO VIALIZ-VEGA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-1859 |
| | : | |
| JEROME WALSH, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 26th day of June, 2012, upon careful and independent consideration of Petitioner Pedro Vializ-Vega's pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and Vializ-Vega's objections thereto, it is ORDERED:

1. Vializ-Vega's objections to the Report and Recommendation are OVERRULED;

2. The Recommendation is ADOPTED for the reasons set forth in the accompanying Memorandum;

3. The petition for a writ of habeas corpus is DENIED with prejudice;

4. There is no probable cause to issue a certificate of appealability; and,

5. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.